AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Montana

**FILED**

SEP 12 2019

Clerk, U.S. Courts
District Of Montana
Billings Division

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

The person of Chase Woodenlegs (year of birth 1989)

)
)
)
)
)
)

Case No. MJ- 19-070 -BLG-TJC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The person of Chase Woodenlegs (year of birth 1989)

located in the _____ District of ___ Montana ___, there is now concealed *(identify the person or describe the property to be seized)*:

DNA material belonging to Chase Woodenlegs (year of birth 1989) which may be obtained from buccal swabs and which may constitute evidence of a crime.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 113(a)(3) | Assault With a Dangerous Weapon |
| Title 18 USC 113(a)(6) | Assault Resulting in Serious Bodily Injury |
| Title 18 USC 113(a)(8) | Assault of an Intimate Partner By Strangulation |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

FBI SA Steven M. Lowe
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9-12-19

City and state: Billings, MT

*Judge's signature*

Hon. Timothy J. Cavan, U.S. Magistrate Judge
*Printed name and title*